THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHOWTIME NETWORKS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 7:21-cv-04306-KMK<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Showtime Networks, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: June 17, 2021 | Respectfully submitted,<br><br>/s/ Jay Johnson<br>**JAY JOHNSON**<br>State Bar No. 24067322<br>**KIZZIA JOHNSON, PLLC**<br>1910 Pacific Avenue, Suite 13000<br>Dallas, Texas 75201<br>(214) 451-0164<br>Fax: (214) 451-0165<br>jay@kpcllc.com<br><br>**ATTORNEYS FOR PLAINTIFF** |